UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BRADY COHEN, individually and on behalf of   :
others similarly situated,         :  Case No. 1:17-CV-09389 (WHP)

              :

        Plaintiff,    :

              :

     - v -      :  **NOTICE OF MOTION**

              :

CHARLES TYRWHITT, INC and NAVISTONE, :
INC.,              :

              :

       Defendants.  :

-------------------------------------------------------------------X

TO THE COUNSEL LISTED BELOW:

    PLEASE TAKE NOTICE, that upon the annexed Amended Complaint, the

accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Defendant

NaviStone, Inc. will move this Court before Hon. William H Pauley, III, U.S.D.J., at the Daniel

Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20B, New York, New

York 10007, on the 27th day of April, 2018, at 11:00 in the forenoon, for an Order pursuant to

Fed. R. Civ. P. 12(b)(6) and 28 U.S.C. § 1367(c) dismissing the Amended Complaint and each

Count therein, and for such other and further relief as the Court may deem just and proper.

Answering papers shall be filed on or before March 29, 2018.

Dated: New York, New York
   March 1, 2018

          Respectfully submitted,

          MENAKER & HERRMANN LLP

          By: _Richard G. Menaker_
             Richard G. Menaker

          *Attorneys for Defendant*
          *NaviStone, Inc.*
David W. Bertoni, *Pro Hac Vice*     10 East 40th Street
BRANN & ISAACSON       New York, NY 10016
184 Main Street, #2        (212) 545-1900
Lewiston, Maine 04240      rmenaker@mhjur.com
   Of Counsel.

TO:    Scott A. Bursor
Neal J. Deckant
Frederick J. Klorczyk, III
Alec M. Leslie
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, NY 10019
*Attorneys for Plaintiff*

Margaret A. Dale
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
*Attorneys for Defendant*
*Charles Tyrwhitt, Inc.*