Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 10, 2018

Margaret A. Dale
Member of the Firm
d +1.212.969.3315
f 212.969.2900
mdale@proskauer.com
www.proskauer.com

*By ECF (Courtesy copy provided
to Chambers by overnight mail)*

Hon. Judge William H. Pauley, III
United States District Courthouse
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

    Re:    Letter Accompanying Reply Brief:
        *Cohen v. Charles Tyrwhitt, Inc. and NaviStone, Inc.*, No. 17-CV-09389
        *Cohen v. Casper Sleep Inc. and NaviStone, Inc.*, No. 17-CV-09325
        *Cohen v. New Moosejaw, LLC. and NaviStone, Inc.*, No. 17-CV-09391
        _____

Dear Judge Pauley:

We represent Defendant Charles Tyrwhitt, Inc. ("Charles Tyrwhitt") in the above captioned matter (17-CV-09389).  We submit this letter pursuant to Your Honor's Individual Practice Rule III(F) to identify the motion papers and memoranda filed in connection with Charles Tyrwhitt's Joint Motion to Dismiss Plaintiff's Amended Complaint.  Below is a list of each such filing:

- Defendant Charles Tyrwhitt, Inc.'s filings:

  o Motion to Dismiss the Plaintiff's First Amended Class Action Complaint, filed by Charles Tyrwhitt, Inc. (Charles Tyrwhitt Dkt. 38).

  o Memorandum of Law in Support re: 38 Motion to Dismiss the Plaintiff's First Amended Class Action Complaint, filed by Charles Tyrwhitt, Inc. (Charles Tyrwhitt Dkt. 39).

  o Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 38 Motion to Dismiss the Plaintiff's First Amended Class Action Complaint, filed by Charles Tyrwhitt, Inc. (Charles Tyrwhitt Dkt. 42).

- Defendant Casper Sleep Inc.'s filings:

  o First Motion to Dismiss Amended Complaint, filed by Casper Sleep Inc. (Casper Dkt. 44).

  o First Memorandum of Law in Support re: 44 First Motion to Dismiss Amended Complaint, filed by Casper Sleep Inc. (Casper Dkt. 45).

**Proskauer》**

Hon. Judge Pauley, III
April 10, 2018
Page 2

- o   Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 44 First Motion to Dismiss Amended Complaint, filed by Casper Sleep Inc. (Casper Dkt. 50).

- Defendant New Moosejaw, LLC's filings:

  - o   First Motion to Dismiss Amended Complaint, filed by New Moosejaw, LLC (Moosejaw Dkt. 41).

  - o   First Memorandum of Law in Support re: 41 First Motion to Dismiss Amended Complaint, filed by New Moosejaw, LLC (Moosejaw Dkt. 42).

  - o   Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 41 First Motion to Dismiss Amended Complaint, filed by New Moosejaw, LLC (Moosejaw Dkt. 45).

- Defendant NaviStone, Inc.'s filings:

  - o   First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Charles Tyrwhitt Dkt. 36).

  - o   Memorandum of Law in Support re: 36 First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Charles Tyrwhitt Dkt. 37).

  - o   Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 36 First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Charles Tyrwhitt Dkt. 41).

  - o   First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Casper Dkt. 42).

  - o   First Memorandum of Law in Support re: 42 Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Casper Dkt. 43).

  - o   Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 42 Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Casper Dkt. 49)

  - o   First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Moosejaw Dkt. 39).

  - o   First Memorandum of Law in Support re: 39 First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Moosejaw Dkt. 40).

**Proskauer** »

Hon. Judge Pauley, III
April 10, 2018
Page 3

- o Memorandum of Law in Reply to Plaintiff's Opposition and in Further Support re: 39 First Motion to Dismiss Amended Complaint, filed by NaviStone, Inc. (Moosejaw Dkt. 44)

- Plaintiff Brady Cohen's filings:

  - o Memorandum of Law in Opposition re: 36 First Motion to Dismiss Amended Complaint, 38 Motion to Dismiss the Plaintiff's First Amended Class Action Complaint, filed by Brady Cohen (Charles Tyrwhitt Dkt. 40).

  - o Memorandum of Law in Opposition re: 42 First Motion to Dismiss Amended Complaint, filed by Brady Cohen (Casper Dkt. 48).

  - o Memorandum of Law in Opposition re: 41 First Motion to Dismiss Amended Complaint, 39 First Motion to Dismiss Amended Complaint, filed by Brady Cohen (Moosejaw Dkt. 43).

Respectfully submitted,

____/s/ Margaret A. Dale_____

Margaret A. Dale

cc: All Counsel (via ECF)