**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7|12|18

-----------------------------------------------------------------X

BRADY COHEN, individually and on behalf of
all others similarly situated,

                Plaintiffs,

    -against-

CASPER SLEEP INC. and NAVISTONE, INC.,
                Defendants.

17 **CIVIL** 9325

-----------------------------------------------------------------X

BRADY COHEN, individually and on behalf of
all others similarly situated,

                Plaintiffs,

17 **CIVIL** 9389

    -against-

NAVISTONE, INC. and CHARLES
TYRWHITT, INC.,
                Defendants.

-----------------------------------------------------------------X

BRADY COHEN, individually and on behalf of
all others similarly situated,

                Plaintiffs,

17 **CIVIL** 9391
**JUDGMENT**

    -against-

NEW MOOSEJAW, LLC and NAVISTONE, INC.,

                Defendants.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion & Order dated July 12, 2018, Defendants' motions to dismiss the Complaints

in these actions are granted. While Cohen alleges conduct raising troubling privacy concerns,

that conduct does not violate any of the statutes on which Cohen predicates his claims;

accordingly, the cases are closed.

**Dated:** New York, New York
        July 12, 2018

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                        **BY:**
                                        _____
                                        **Deputy Clerk**